[DO NOT PUBLISH]

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-11026

Non-Argument Calendar

_____

In re: ALBERTO SOLAR SOMOHANO,

Debtor.

_____

ALBERTO SOLAR-SOMOHANO,

Plaintiff-Appellant,

*versus*

FEDERAL HOUSING FINANCE AGENCY,

Defendant-Appellee.

2                    Opinion of the Court                    23-11026

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-20299-RNS

_____

Before JORDAN, JILL PRYOR, and NEWSOM, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's order denying as moot Alberto Solar-Somohano's motion to proceed *in forma pauperis* on appeal is not a final, appealable order. *See* 28 U.S.C. § 1291; *Gomez v. United States*, 245 F.2d 346, 347 (5th Cir. 1957) (stating that an order denying a motion to appeal *in forma pauperis* is not a final, appealable order). The proper procedure for review of such an order is to renew the motion before this Court. *See* Fed. R. App. P. 24(a)(5) & advisory committee notes (1967).

All pending motions are denied as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.